AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| INSIDER, INC. et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:26-cv-04362 |
| UNITED STATES SMALL BUSINESS ADMINISTRATION | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> United States Small Business Administration
> c/o U.S. Attorney General
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Christopher Bix Bettwy
> Insider, Inc.
> One Liberty Plaza, 8th Floor
> New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  5/27/2026                                    /s/ P. Canales
                                                                *Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT
COUNTY OF NEW YORK

**Plaintiff / Petitioner:**

INSIDER, INC. et al.

**Defendant / Respondent:**

UNITED STATES SMALL BUSINESS ADMINISTRATION

**AFFIRMATION OF SERVICE**

**Index No:**
1:26-cv-04362
**Date Filed:**

I, Melinda Desmarattes affirm and say that I'm not a party herein, I'm over 18 years of age and reside in New York State. That on Mon, Jun 01 2026 AT 12:56 PM AT 30 Chatham Road, Short Hills, NJ 07078 affirmant served the within Summons and Complaint, Exhibits on United States Small Business Administration c/o U.S. Attorney General

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; affirmant knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Agency:**  a defendant, therein named, by delivering a true copy of each to _____ personally, affirmant knew said corporation/agency so served to be the corporation/agency described, and knew said individual to be thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. That person was also asked by affirmant whether said premises was the defendant's residence/place of business and the reply was affirmative.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, affirmant was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

[X] **Mailing:** Affirmant also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential that did not indicate on it that the communication was from an attorney or concerns an action against the person to be served at aforementioned address to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department. Mailed on Jun 01 2026.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

Age: _____ Skin Color: _____ Gender: _____ Weight: _____
Height: _____ Hair: _____ Eyes: _____ Relationship: _____
Other _____

_____
Melinda Desmarattes

Pursuant to NY CPLR § 2106. I affirm this 01 day of JUNE, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

# U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

Certified Mail Fee $5.30

$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)         $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$ $2.72

Total Postage and Fees
$ $8.02

Sent To 950 Pennsylvania Ave, N.W.

Street and Apt. No., or PO Box No.
Washington, DC 20530
City, State, ZIP+4®

SHORT HILLS
JUN 01 2026
Postmark Here
06/01/2026
U.S. POSTAL SERVICE

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

Remove ✕

**Tracking Number:**

## 9589071052704117028688

**Copy**        **Add to Informed Delivery**

## Latest Update

Your item was picked up at the post office at 4:30 am on June 8, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
June 8, 2026 4:30 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**                                                           ⌄

**USPS Tracking Plus®**                                                             ⌄

**Product Information**                                                             ⌄

Feedback

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs